ANGELA DOUGLAS LYLE
214 HICKORY GROVE CHURCH RI
SUMRALL, MS 39482

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ASPIRE CREDIT CARD
PO BOX 105555
ATLANTA, GA 30348

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO, IL 60604

COMENITYCAPITAL
PO BOX 182120
COLUMBUS, OH 43218

CREDIT ONE BANK
6801 CIMARRON RD
LAS VEGAS, NV 89113

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

FAMILY CHOICE
730 S RANGE AVE
DENHAM SPRINGS, LA 70726

GLOBAL LENDING
ATTN: BANKRUPTCY
PO BOX 10437
GREENVILLE, SC 29603

HANNAN,GIUSTI,&HANNAN
2201 RIDGELAKE DR
METAIRIE, LA 70001

LA DEPT OF REVENUE
P.O. BOX 91011
BATON ROUGE, LA 70821-9011

MARINER FINANCE
ATTN: BANKRUPTCY
8211 TOWN CENTER DRIVE
NOTTINGHAM, MD 21236

OCHSNER HEALTH SYSTEM
P.O. BOX 61838
NEW ORLEANS, LA 70161-1838

ONLINE COLLECTIONS
ATTN: BANKRUPTCY
PO BOX 1489
WINTERVILLE, NC 28590

REPUBLIC FINANCE
1170 N.HWY 190 UNIT C
COVINGTON, LA 70433

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

SYNCHRONY BANK
ATTN: BANKRUPTCY
POB 965065
ORLANDO, FL 32896

TARGET
PO BOX 9475
MINNEAPOLIS, MN 55440

VENMO
6100 S OLD VILLAGE PL
SIOUX FALLS, SD 57108