# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51353 **Case Name:** Angela Douglas Lyle

**Set:** 10/13/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by Family Choice Financial, Inc. - Denham Springs Branch (Dkt. #15) - RESET TO 11/17/26 PER REQUEST OF PARTIES

---

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Objection filed by Family Choice (Dkt #15) is reset to 11/17/26. Confirmation hearing removed. (mcc)