# Proceeding Minutes / Proceeding Memo

**Case #:** 26-51353 **Case Name:** Angela Douglas Lyle

**Set:** 11/17/2026 01:30 pm **Chapter:** 13 **Type:** bk **Judge** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Creditor Family Choice Financial, Inc. - Denham Springs Branch. (Attachments: # 1 Exhibit) (Dkt. #15)

---

Minute Entry Re: (related document(s): [15] Objection to Confirmation of the Plan filed by Family Choice Financial, Inc. - Denham Springs Branch) Hood to submit an Agreed Order. Order due by 12/01/2026. Called in by Hood's office. (mcc)